## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 06-284** |
| **PRESTON PICKETT** | : | |
| **a/k/a "GARNELL AYERS"** | : | |

## <u>O R D E R</u>

**AND NOW**, this 29th day of March, 2011, upon consideration of Defendant's Petition for Early Termination of Supervised Release (Document No. 20, filed February 17, 2011), and the Government's Opposition to Defendant's Petition for Early Termination of Supervised Release (Document No. 24, filed March 24, 2011), for the reasons set forth in the attached Memorandum, **IT IS ORDERED** that Defendant's Petition for Early Termination of Supervised Release is **DENIED**.

**BY THE COURT:**

 /s/ Jan E. DuBois
                    **JAN E. DUBOIS, J.**